LOUIS A. SIEGEL, Respondent, *v.* AUGUSTUS S. HOUGHTON, Appellant.

(Submitted May 15, 1931; decided June 2, 1931.)

*John E. Joyce* for appellant.

*Henry C. Burnstine* and *David Weinstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.